UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KEVIN COOK,

               Plaintiff,

-against-

SHERRIFF CARL DUBOIS and SGT. COLBY,

               Defendants.
-----------------------------------------------------------X

19 CIVIL 8317 (CS)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated January 11, 2021, Defendants' motion to dismiss is GRANTED; accordingly, this case is closed.

**Dated:** New York, New York

       January 11, 2021

                                        **RUBY J. KRAJICK**

                                            Clerk of Court

                BY:

                                              **Deputy Clerk**